# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2880
_____

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellant,

v.

STELLA HARRIS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela Cote Dempsey, Judge.


July 21, 2026

PER CURIAM.

AFFIRMED.

BILBREY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dan Johnson, General Counsel, Department of Corrections, Tallahassee; James Uthmeier, Attorney General, Tallahassee; Ashlea Ann Edwards of GrayRobinson, P.A., Jacksonville; Andres J. Garcia of GrayRobinson, P.A., Miami, for Appellant.

Katherine Lanier Viker and Ashley Nicole Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellee.